Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−15727−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan A. Noviello
   aka Susan Ann Noviello, aka Susan
   Noviello
   573 Freehold Rd
   Jackson, NJ 08527−4637

Social Security No.:
   xxx−xx−3472

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/13/22
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 10, 2022
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-15727-MBK
Susan A. Noviello  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Aug 10, 2022  Form ID: 132  Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susan A. Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662750 | + | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519662754 | | Capital One, Capital, 1 Financial Corporation 1680 Capital One, Maclean, VA 22101 |
| 519662761 | | Climb, 450 Park Ave, New York, NY 10022-2605 |
| 519662773 | | Danielle Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662774 | | David F. Elliott, DMD, 10 S New Prospect Rd Unit 23, Jackson, NJ 08527-1646 |
| 519662777 | | Edward C. Lambert, Esq., 17 Woodspring Ln, Whiting, NJ 08759-2986 |
| 519678164 | | Frank Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519678165 | | Joyce Thompson, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662787 | | Macy's, PO Box 71361, Philadelphia, PA 19176-1361 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519662747 | | Email/Text: backoffice@affirm.com | Aug 10 2022 20:44:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519662748 | | Email/Text: backoffice@affirm.com | Aug 10 2022 20:44:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 519662749 | | Email/PDF: bncnotices@becket-lee.com | Aug 10 2022 20:53:34 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519662751 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 10 2022 20:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519662752 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 10 2022 20:43:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 519662753 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2022 20:53:05 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519662755 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2022 20:53:32 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519662757 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2022 20:53:41 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662756 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2022 20:53:13 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519662758 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2022 20:53:41 | Cbna/Home Depot, Citi Cards Private Label Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519662759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2022 20:53:13 | Citi/Sears, Citibank/Centralized Bankruptcy, PO |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 790034, Saint Louis, MO 63179-0034 |
| 519662760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2022 20:53:13 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662762 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662763 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenity Bank/Mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519662765 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662764 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenity Bank/the Childrens Place, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662766 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662767 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519662768 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519662769 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519662770 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2022 20:44:00 | Comenitycb/ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 519662771 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 10 2022 20:53:20 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519662772 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 10 2022 20:53:04 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519662775 | | Email/Text: mrdiscen@discover.com | Aug 10 2022 20:43:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519666453 | | Email/Text: mrdiscen@discover.com | Aug 10 2022 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519662776 | | Email/Text: mrdiscen@discover.com | Aug 10 2022 20:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519662778 | | Email/Text: EBNBKNOT@ford.com | Aug 10 2022 20:44:00 | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519662780 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 10 2022 20:44:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-0000 |
| 519662779 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 10 2022 20:44:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519662781 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 10 2022 20:44:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519662782 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 10 2022 20:43:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519662783 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 10 2022 20:44:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, St. Cloud, MN 56303-0000 |
| 519662784 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 10 2022 20:43:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519662785 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 10 2022 20:43:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519662786 | | Email/Text: EBNBKNOT@ford.com | Aug 10 2022 20:44:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |

Case 22-15727-MBK    Doc 14    Filed 08/12/22    Entered 08/13/22 00:13:45    Desc Imaged
Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 10, 2022 | Form ID: 132 | Total Noticed: 79 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 519662788 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 10 2022 20:53:31 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519662789 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 10 2022 20:53:16 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519662790 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:19 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519662791 | Email/Text: pcabkt@phillips-cohen.com | Aug 10 2022 20:43:00 | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519662792 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2022 20:53:35 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519662793 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 10 2022 20:44:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519662794 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 10 2022 20:44:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519671893 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 10 2022 20:44:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519668123 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2022 20:44:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519662796 | Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2022 20:44:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519662795 | Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2022 20:44:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519662797 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2022 20:53:13 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662798 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:06 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519662801 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:19 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519662804 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:19 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662806 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:33 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519662799 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:21 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519662800 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:18 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519662802 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:19 | Syncb/oldn, PO Box 965005, Orlando, FL 32896-5005 |
| 519662803 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:33 | Syncb/tjx Cos, PO Box 965015, Orlando, FL 32896-5015 |
| 519662805 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:05 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 519662807 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:19 | Syncg/gap, PO Box 965005, Orlando, FL 32896-5005 |
| 519662808 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:33 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519663926 | + Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519662809 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:33 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

Case 22-15727-MBK    Doc 14    Filed 08/12/22    Entered 08/13/22 00:13:45    Desc Imaged
                                Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: 132 | Total Noticed: 79 |

| | | | |
|---|---|---|---|
| 519662810 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:19 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662811 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:33 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662812 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662813 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:33 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519662814 | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:35 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662815 | Email/Text: bncmail@w-legal.com | Aug 10 2022 20:43:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519662816 | Email/Text: bncmail@w-legal.com | Aug 10 2022 20:43:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 69

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Susan A. Noviello bkclient@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4