Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−15727−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Susan A. Noviello
    aka Susan Ann Noviello, aka Susan
    Noviello
    573 Freehold Rd
    Jackson, NJ 08527−4637

Social Security No.:
    xxx−xx−3472

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 15, 2022.

Dated: November 15, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 22-15727-MBK |
| Susan A. Noviello | | Chapter 13 |
|     Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 15, 2022 | Form ID: plncf13 | Total Noticed: 85 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susan A. Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662750 | + | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519662754 | | Capital One, Capital, 1 Financial Corporation 1680 Capital One, Maclean, VA 22101 |
| 519662761 | | Climb, 450 Park Ave, New York, NY 10022-2605 |
| 519662773 | | Danielle Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662774 | | David F. Elliott, DMD, 10 S New Prospect Rd Unit 23, Jackson, NJ 08527-1646 |
| 519662777 | | Edward C. Lambert, Esq., 17 Woodspring Ln, Whiting, NJ 08759-2986 |
| 519678164 | | Frank Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519678165 | | Joyce Thompson, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662787 | | Macy's, PO Box 71361, Philadelphia, PA 19176-1361 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519662747 | | Email/Text: backoffice@affirm.com | Nov 15 2022 20:43:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519662748 | | Email/Text: backoffice@affirm.com | Nov 15 2022 20:43:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 519662749 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2022 20:54:29 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519662751 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2022 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519662752 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2022 20:41:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 519662753 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 20:54:08 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519662755 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 20:54:15 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519662757 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2022 20:54:12 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662756 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2022 20:54:12 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519662758 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2022 20:54:12 | Cbna/Home Depot, Citi Cards Private Label Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519662759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2022 20:54:21 | Citi/Sears, Citibank/Centralized Bankruptcy, PO |

District/off: 0312-3                    User: admin                              Page 2 of 5
Date Rcvd: Nov 15, 2022                 Form ID: plncf13                    Total Noticed: 85

|  |  |  |  |
|---|---|---|---|
|  |  |  | Box 790034, Saint Louis, MO 63179-0034 |
| 519662760 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2022 20:54:20 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662762 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662763 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenity Bank/Mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519662765 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662764 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenity Bank/the Childrens Place, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662766 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662767 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519662768 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519662769 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519662770 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 20:42:00 | Comenitycb/ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 519662771 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2022 20:54:11 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519662772 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 20:54:09 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519662775 | Email/Text: mrdiscen@discover.com | Nov 15 2022 20:41:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519666453 | Email/Text: mrdiscen@discover.com | Nov 15 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519662776 | Email/Text: mrdiscen@discover.com | Nov 15 2022 20:41:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519662778 | Email/Text: EBNBKNOT@ford.com | Nov 15 2022 20:42:00 | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519662780 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 15 2022 20:42:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-0000 |
| 519662779 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 15 2022 20:42:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519696278 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 15 2022 20:42:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519662781 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 15 2022 20:42:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20820, Fountain Valley, CA 92728-0829 |
| 519662782 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2022 20:42:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519704714 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 15 2022 20:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519662783 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 15 2022 20:42:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, St. Cloud, MN 56303-0000 |
| 519662784 | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2022 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

| | | | |
|---|---|---|---|
| 519662785 | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2022 20:41:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519662786 | Email/Text: EBNBKNOT@ford.com | Nov 15 2022 20:42:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 519678893 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 20:54:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519662788 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 20:54:17 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519662789 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 20:54:16 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519709833 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2022 20:54:29 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519709158 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2022 20:54:19 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519662790 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:16 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519662791 | Email/Text: pcabkt@phillips-cohen.com | Nov 15 2022 20:42:00 | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519662792 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2022 20:54:11 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519707947 | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2022 20:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519662793 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 15 2022 20:42:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519662794 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 15 2022 20:42:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519671893 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 15 2022 20:42:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519668123 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 20:42:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519662796 | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 20:42:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519662795 | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 20:42:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519662797 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2022 20:54:32 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662798 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:10 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519662801 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:09 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519662804 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:17 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662806 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:27 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519662799 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:28 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519662800 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:09 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519662802 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:10 | Syncb/oldn, PO Box 965005, Orlando, FL |

| | | | |
|---|---|---|---|
| | | | 32896-5005 |
| 519662803 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:17 | Syncb/tjx Cos, PO Box 965015, Orlando, FL 32896-5015 |
| 519662805 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:26 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 519662807 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:27 | Syncg/gap, PO Box 965005, Orlando, FL 32896-5005 |
| 519662808 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:27 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519663926 | + Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519662809 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:28 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662810 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:27 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662811 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:09 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662812 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:10 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662813 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:28 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519662814 | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 20:54:28 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662815 | Email/Text: bncmail@w-legal.com | Nov 15 2022 20:42:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519662816 | Email/Text: bncmail@w-legal.com | Nov 15 2022 20:42:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 75

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed**

District/off: 0312-3                                 User: admin                                        Page 5 of 5
Date Rcvd: Nov 15, 2022                         Form ID: plncf13                                Total Noticed: 85

**below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Susan A. Noviello bkclient@straffilaw.com  G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4