Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15727−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan A. Noviello
   aka Susan Ann Noviello, aka Susan
   Noviello
   573 Freehold Rd
   Jackson, NJ 08527−4637

Social Security No.:
   xxx−xx−3472

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 15, 2022.

On April 17, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          May 24, 2023
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 18, 2023
JAN: pbf

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-15727-MBK

Susan A. Noviello                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                                     Page 1 of 5
Date Rcvd: Apr 18, 2023              Form ID: 185                                             Total Noticed: 85

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Susan A. Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662754 | Capital One, Capital, 1 Financial Corporation 1680 Capital One, Maclean, VA 22101 |
| 519662761 | Climb, 450 Park Ave, New York, NY 10022-2605 |
| 519662773 | Danielle Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662774 | David F. Elliott, DMD, 10 S New Prospect Rd Unit 23, Jackson, NJ 08527-1646 |
| 519662777 | Edward C. Lambert, Esq., 17 Woodspring Ln, Whiting, NJ 08759-2986 |
| 519678164 | Frank Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519678165 | Joyce Thompson, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662787 | Macy's, PO Box 71361, Philadelphia, PA 19176-1361 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519662747 | Email/Text: backoffice@affirm.com | Apr 18 2023 20:40:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519662748 | Email/Text: backoffice@affirm.com | Apr 18 2023 20:40:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 519662749 | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 20:54:31 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519662750 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 20:54:27 | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519662751 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2023 20:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519662752 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2023 20:38:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 519662753 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 20:43:21 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519662755 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 20:43:33 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519662757 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 20:43:28 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662756 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 20:43:27 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519662758 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 20:54:22 | Cbna/Home Depot, Citi Cards Private Label Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

Case 22-15727-MBK    Doc 35    Filed 04/20/23    Entered 04/21/23 00:16:13    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: 185 | Total Noticed: 85 |

| | | | |
|---|---|---|---|
| 519662759 | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 18 2023 20:43:28 | | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662760 | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 18 2023 20:54:27 | | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662762 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662763 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenity Bank/Mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519662765 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662764 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenity Bank/the Childrens Place, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662766 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662767 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519662768 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519662769 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519662770 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2023 20:39:00 | | Comenitycb/ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 519662771 | + Email/PDF: creditonebknotifications@resurgent.com Apr 18 2023 20:43:22 | | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519662772 | Email/PDF: MerrickBKNotifications@Resurgent.com Apr 18 2023 20:43:34 | | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519662775 | Email/Text: mrdiscen@discover.com Apr 18 2023 20:38:00 | | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519666453 | Email/Text: mrdiscen@discover.com Apr 18 2023 20:38:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519662776 | Email/Text: mrdiscen@discover.com Apr 18 2023 20:38:00 | | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519662778 | Email/Text: EBNBKNOT@ford.com Apr 18 2023 20:39:00 | | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519662780 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 18 2023 20:39:00 | | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-0000 |
| 519662779 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 18 2023 20:39:00 | | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519696278 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 18 2023 20:39:00 | | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519662781 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 18 2023 20:39:00 | | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519662782 | Email/Text: sbse.cio.bnc.mail@irs.gov Apr 18 2023 20:39:00 | | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519704714 | Email/Text: JCAP_BNC_Notices@jcap.com Apr 18 2023 20:39:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519662783 | Email/Text: JCAP_BNC_Notices@jcap.com Apr 18 2023 20:39:00 | | Jefferson Capital Systems, LLC, 16 McLeland Road, St. Cloud, MN 56303-0000 |
| 519662784 | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 22-15727-MBK    Doc 35    Filed 04/20/23    Entered 04/21/23 00:16:13    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: 185 | Total Noticed: 85 |

| | | | |
|---|---|---|---|
| | | Apr 18 2023 20:38:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519662785 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Apr 18 2023 20:38:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519662786 | Email/Text: EBNBKNOT@ford.com | | |
| | | Apr 18 2023 20:39:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 519678893 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 18 2023 20:43:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519662788 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 18 2023 20:43:19 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519662789 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 18 2023 20:43:19 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519709833 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 18 2023 20:43:38 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519709158 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 18 2023 20:43:38 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519662790 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 18 2023 20:43:58 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519662791 | Email/Text: pcabkt@phillips-cohen.com | | |
| | | Apr 18 2023 20:39:00 | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519662792 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 18 2023 20:43:24 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519707947 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 18 2023 20:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519662793 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 18 2023 20:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519662794 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 18 2023 20:39:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519671893 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 18 2023 20:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519668123 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Apr 18 2023 20:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519662796 | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Apr 18 2023 20:39:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519662795 | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Apr 18 2023 20:39:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519662797 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 18 2023 20:54:30 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662798 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 18 2023 20:43:34 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519662801 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 18 2023 20:43:34 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519662804 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 18 2023 20:43:35 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662806 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 18 2023 20:43:57 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519662799 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 18 2023 20:43:23 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519662800 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 18 2023 20:43:34 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 4 of 5 |
| Date Rcvd: Apr 18, 2023 | Form ID: 185 | | Total Noticed: 85 |

| | | | |
|---|---|---|---|
| 519662802 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:56 | Syncb/oldn, PO Box 965005, Orlando, FL 32896-5005 |
| 519662803 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:34 | Syncb/tjx Cos, PO Box 965015, Orlando, FL 32896-5015 |
| 519662805 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:56 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 519662807 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:34 | Syncg/gap, PO Box 965005, Orlando, FL 32896-5005 |
| 519662808 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:34 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519663926 + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519662809 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:34 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662810 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:35 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662811 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:36 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662812 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:56 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662813 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:34 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519662814 | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:34 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662815 | Email/Text: bncmail@w-legal.com | Apr 18 2023 20:39:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519662816 | Email/Text: bncmail@w-legal.com | Apr 18 2023 20:39:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 20, 2023 | Signature: | /s/Gustava Winters |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Apr 18, 2023 | Form ID: 185 | Total Noticed: 85

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor Susan A. Noviello bkclient@straffilaw.com G25938@notify.cincompass.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6