Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15727−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan A. Noviello
   aka Susan Ann Noviello, aka Susan
   Noviello
   573 Freehold Rd
   Jackson, NJ 08527−4637

Social Security No.:
   xxx−xx−3472

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 26, 2023.

Dated: May 26, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 22-15727-MBK

Susan A. Noviello                                                                                             Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 5

Date Rcvd: May 26, 2023                Form ID: plncf13                    Total Noticed: 85

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Susan A. Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662754 | Capital One, Capital, 1 Financial Corporation 1680 Capital One, Maclean, VA 22101 |
| 519662761 | Climb, 450 Park Ave, New York, NY 10022-2605 |
| 519662773 | Danielle Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662774 | David F. Elliott, DMD, 10 S New Prospect Rd Unit 23, Jackson, NJ 08527-1646 |
| 519662777 | Edward C. Lambert, Esq., 17 Woodspring Ln, Whiting, NJ 08759-2986 |
| 519678164 | Frank Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519678165 | Joyce Thompson, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662787 | Macy's, PO Box 71361, Philadelphia, PA 19176-1361 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 26 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519662747 | Email/Text: backoffice@affirm.com | May 26 2023 20:54:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519662748 | Email/Text: backoffice@affirm.com | May 26 2023 20:54:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 519662749 | Email/PDF: bncnotices@becket-lee.com | May 26 2023 21:00:40 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519662750 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 21:00:40 | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519662751 | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2023 20:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519662752 | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2023 20:53:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 519662753 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 21:00:37 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519662755 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 21:00:56 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519662757 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 21:00:59 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662756 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 21:01:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519662758 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 21:00:47 | Cbna/Home Depot, Citi Cards Private Label Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 519662759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 21:00:38 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 21:00:57 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662762 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662763 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenity Bank/Mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519662765 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662764 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenity Bank/the Childrens Place, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662766 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662767 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519662768 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519662769 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519662770 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 20:54:00 | Comenitycb/ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 519662771 | + | Email/PDF: creditonebknotifications@resurgent.com | May 26 2023 21:00:39 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519662772 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2023 21:00:46 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519662775 | | Email/Text: mrdiscen@discover.com | May 26 2023 20:53:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519666453 | | Email/Text: mrdiscen@discover.com | May 26 2023 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519662776 | | Email/Text: mrdiscen@discover.com | May 26 2023 20:53:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519662778 | | Email/Text: EBNBKNOT@ford.com | May 26 2023 20:54:00 | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519662780 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2023 20:54:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-0000 |
| 519662779 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2023 20:54:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519696278 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2023 20:54:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519662781 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2023 20:54:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519662782 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2023 20:54:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519704714 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2023 20:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519662783 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2023 20:54:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, St. Cloud, MN 56303-0000 |
| 519662784 | | Email/Text: PBNCNotifications@peritusservices.com | | |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 26 2023 20:53:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519662785 | | Email/Text: PBNCNotifications@peritusservices.com | May 26 2023 20:53:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519662786 | | Email/Text: EBNBKNOT@ford.com | May 26 2023 20:54:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 519678893 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2023 21:00:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519662788 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2023 21:00:56 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519662789 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2023 21:00:49 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519709833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2023 21:00:49 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519709158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2023 21:00:57 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519662790 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:37 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519662791 | | Email/Text: pcabkt@phillips-cohen.com | May 26 2023 20:54:00 | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519662792 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2023 21:00:58 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519707947 | | Email/Text: bnc-quantum@quantum3group.com | May 26 2023 20:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519662793 | + | Email/Text: bankruptcyteam@quickenloans.com | May 26 2023 20:54:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519662794 | + | Email/Text: bankruptcyteam@quickenloans.com | May 26 2023 20:54:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519671893 | + | Email/Text: bankruptcyteam@quickenloans.com | May 26 2023 20:54:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519668123 | + | Email/Text: enotifications@santanderconsumerusa.com | May 26 2023 20:54:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519662796 | | Email/Text: enotifications@santanderconsumerusa.com | May 26 2023 20:54:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519662795 | | Email/Text: enotifications@santanderconsumerusa.com | May 26 2023 20:54:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519662797 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 21:00:57 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662798 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:41 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519662801 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:58 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519662804 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:41 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662806 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:38 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519662799 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:37 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519662800 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:39 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 519662802 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:39 | Syncb/oldn, PO Box 965005, Orlando, FL 32896-5005 |
| 519662803 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:39 | Syncb/tjx Cos, PO Box 965015, Orlando, FL 32896-5015 |
| 519662805 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:59 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 519662807 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:01:00 | Syncg/gap, PO Box 965005, Orlando, FL 32896-5005 |
| 519662808 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:37 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519663926 + | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519662809 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:41 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662810 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:38 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662811 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:39 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662812 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:57 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662813 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:56 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519662814 | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:40 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662815 | Email/Text: bncmail@w-legal.com | May 26 2023 20:54:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519662816 | Email/Text: bncmail@w-legal.com | May 26 2023 20:54:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 76

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023    Signature:    /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: May 26, 2023 | Form ID: plncf13 | Total Noticed: 85

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor Susan A. Noviello bkclient@straffilaw.com G25938@notify.cincompass.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6