| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-15727 / MBK**

Susan A. Noviello

Petition Filed Date: 07/19/2022
341 Hearing Date: 08/18/2022
Confirmation Date: 11/09/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | $500.00 | | 02/13/2023 | $500.00 | | 03/13/2023 | $500.00 | |
| 04/12/2023 | $500.00 | | 05/12/2023 | $500.00 | | 06/12/2023 | $500.00 | |
| 07/12/2023 | $500.00 | | 08/14/2023 | $500.00 | | 09/12/2023 | $500.00 | |
| 10/13/2023 | $500.00 | | 11/13/2023 | $500.00 | | 12/12/2023 | $500.00 | |
| 01/12/2024 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $6,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Susan A. Noviello | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,400.00 | $3,400.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $6,530.09 | $0.00 | $6,530.09 |
| 2 | SANTANDER CONSUMER USA INC<br>»» 2018 HYUNDAI ELANTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/573 FREEHOLD RD/1ST MTG/ORDER 9/6/22 | Mortgage Arrears | $7,101.20 | $3,543.00 | $3,558.20 |
| 4 | MERRICK BANK | Unsecured Creditors | $3,602.15 | $0.00 | $3,602.15 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2018;2020-2021 TAX PERIODS | Priority Creditors | $6,652.67 | $0.00 | $6,652.67 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2016 TAX PERIOD + PENALTIES | Unsecured Creditors | $54,474.18 | $0.00 | $54,474.18 |
| 7 | HYUNDAI CAPITAL AMERICA (HCA)<br>»» 2020 HYUNDAI TUCSON/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT/ | Unsecured Creditors | $2,658.69 | $0.00 | $2,658.69 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ULTAMATE REWARDS MC | Unsecured Creditors | $2,052.86 | $0.00 | $2,052.86 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $5,688.03 | $0.00 | $5,688.03 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK, NA | Unsecured Creditors | $461.16 | $0.00 | $461.16 |

**Chapter 13 Case No. 22-15727 / MBK**

|  | **SUMMARY** |  |  |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $8,500.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $6,943.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $640.00 | Arrearages: | $0.00 |
| Funds on Hand: | $917.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

