UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Susan A. Noviello

Case No.: 22-15727 / MBK

Judge: Michael B. Kaplan

Debtor(s)

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 9/9/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  9/9/2024                                                   /s/  Kierstyn Buchanan

                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Susan A. Noviello<br>573 Freehold Rd<br>Jackson, NJ   08527-4637 | Debtor(s) | Regular Mail |
| Daniel E. Straffi, Esq.<br>Straffi & Straffi<br>670 Commons Way, Bldg. 1<br>Toms River,  NJ   08755 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |