Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15727−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan A. Noviello
   aka Susan Ann Noviello, aka Susan
   Noviello
   573 Freehold Rd
   Jackson, NJ 08527−4637

Social Security No.:
   xxx−xx−3472

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 26, 2023.

On September 20, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              October 23, 2024
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 23, 2024
JAN: mrg

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15727-MBK |
| Susan A. Noviello | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 23, 2024 | Form ID: 185 | Total Noticed: 85 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Susan A. Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662754 | Capital One, Capital, 1 Financial Corporation 1680 Capital One, Maclean, VA 22101 |
| 519662761 | Climb, 450 Park Ave, New York, NY 10022-2605 |
| 519662773 | Danielle Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662774 | David F. Elliott, DMD, 10 S New Prospect Rd Unit 23, Jackson, NJ 08527-1646 |
| 519662777 | Edward C. Lambert, Esq., 17 Woodspring Ln, Whiting, NJ 08759-2986 |
| 519678164 | Frank Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519678165 | Joyce Thompson, 573 Freehold Rd, Jackson, NJ 08527-4637 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519662747 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 23 2024 20:52:36 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519662748 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 23 2024 21:03:57 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 519662749 | | Email/PDF: bncnotices@becket-lee.com | Sep 23 2024 21:03:36 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519662750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2024 21:03:59 | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519662751 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 23 2024 20:54:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519662752 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 23 2024 20:54:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 519662753 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2024 20:51:55 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519662755 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2024 21:03:51 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519662757 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2024 20:53:21 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662756 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2024 21:04:02 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519662758 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2024 21:03:41 | Cbna/Home Depot, Citi Cards Private Label Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519662759 | | Email/PDF: Citi.BNC.Correspondence@citi.com Sep 23 2024 21:03:51 | | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662760 | | Email/PDF: Citi.BNC.Correspondence@citi.com Sep 23 2024 21:03:53 | | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662762 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662763 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenity Bank/Mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519662765 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662764 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenity Bank/the Childrens Place, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662766 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662767 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519662768 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519662769 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519662770 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2024 20:55:00 | | Comenitycb/ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 519662771 | + | Email/PDF: creditonebknotifications@resurgent.com Sep 23 2024 21:03:37 | | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519662772 | | Email/PDF: MerrickBKNotifications@Resurgent.com Sep 23 2024 20:52:26 | | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519662775 | | Email/Text: mrdiscen@discover.com Sep 23 2024 20:54:00 | | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519666453 | | Email/Text: mrdiscen@discover.com Sep 23 2024 20:54:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519662776 | | Email/Text: mrdiscen@discover.com Sep 23 2024 20:54:00 | | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519662778 | | Email/Text: EBNBKNOT@ford.com Sep 23 2024 20:55:00 | | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519662780 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 23 2024 20:55:00 | | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-0000 |
| 519662779 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 23 2024 20:55:00 | | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519696278 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 23 2024 20:55:00 | | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519662781 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 23 2024 20:55:00 | | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519662782 | | Email/Text: sbse.cio.bnc.mail@irs.gov Sep 23 2024 20:54:00 | | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519704714 | | Email/Text: JCAP_BNC_Notices@jcap.com Sep 23 2024 20:55:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519662783 | | Email/Text: JCAP_BNC_Notices@jcap.com Sep 23 2024 20:55:00 | | Jefferson Capital Systems, LLC, 16 McLeland Road, St. Cloud, MN 56303-0000 |
| 519662784 | | Email/Text: PBNCNotifications@peritusservices.com | | |

| | | | |
|---|---|---|---|
| | | Sep 23 2024 20:54:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519662785 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Sep 23 2024 20:54:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519662786 | Email/Text: EBNBKNOT@ford.com | | |
| | | Sep 23 2024 20:55:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 519678893 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 23 2024 21:03:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519662787 | ^ MEBN | | |
| | | Sep 23 2024 20:46:39 | Macy's, PO Box 71361, Philadelphia, PA 19176-1361 |
| 519662788 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 23 2024 20:51:56 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519662789 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 23 2024 20:52:59 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519709833 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 23 2024 21:03:40 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519709158 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 23 2024 20:52:31 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519662790 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 23 2024 20:52:27 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519662791 | Email/Text: pcabkt@phillips-cohen.com | | |
| | | Sep 23 2024 20:54:00 | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519662792 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 23 2024 21:03:59 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519707947 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 23 2024 20:55:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519662793 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Sep 23 2024 20:55:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519662794 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Sep 23 2024 20:55:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519671893 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Sep 23 2024 20:55:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519668123 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Sep 23 2024 20:55:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519662796 | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Sep 23 2024 20:55:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519662795 | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Sep 23 2024 20:55:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519662797 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Sep 23 2024 21:03:48 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662798 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 23 2024 20:52:07 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519662801 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 23 2024 21:03:56 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519662804 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 23 2024 21:03:49 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662806 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 23 2024 21:03:42 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519662799 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 23 2024 21:03:57 | Syncb/jcp, PO Box 965007, Orlando, FL |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: 185 | Total Noticed: 85 |

| | | | | |
|---|---|---|---|---|
| 519662800 | Email/PDF: ais.sync.ebn@aisinfo.com | | | 32896-5007 |
| | | Sep 23 2024 21:03:40 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519662802 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 20:51:43 | Syncb/oldn, PO Box 965005, Orlando, FL 32896-5005 |
| 519662803 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:03:59 | Syncb/tjx Cos, PO Box 965015, Orlando, FL 32896-5015 |
| 519662805 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:04:01 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 519662807 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:03:48 | Syncg/gap, PO Box 965005, Orlando, FL 32896-5005 |
| 519662808 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:03:51 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519663926 | ^ MEBN | Sep 23 2024 20:45:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519662809 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:03:37 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662810 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:03:49 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662811 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:03:46 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662812 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:04:01 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662813 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 21:04:00 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519662814 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 20:51:49 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662815 | Email/Text: bncmail@w-legal.com | Sep 23 2024 20:55:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519662816 | Email/Text: bncmail@w-legal.com | Sep 23 2024 20:55:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 77

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024            Signature:      /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Sep 23, 2024 | Form ID: 185 | Total Noticed: 85

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Susan A. Noviello bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5