Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15727−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan A. Noviello
   aka Susan Ann Noviello, aka Susan
   Noviello
   573 Freehold Rd
   Jackson, NJ 08527−4637

Social Security No.:
   xxx−xx−3472

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/20/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: December 20, 2024
JAN: dmi

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 22-15727-MBK

Susan A. Noviello    Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 5
Date Rcvd: Dec 20, 2024    Form ID: 148    Total Noticed: 85

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susan A. Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662754 | | Capital One, Capital, 1 Financial Corporation 1680 Capital One, Maclean, VA 22101 |
| 519662761 | | Climb, 450 Park Ave, New York, NY 10022-2605 |
| 519662773 | | Danielle Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662774 | | David F. Elliott, DMD, 10 S New Prospect Rd Unit 23, Jackson, NJ 08527-1646 |
| 519662777 | | Edward C. Lambert, Esq., 17 Woodspring Ln, Whiting, NJ 08759-2986 |
| 519678164 | | Frank Noviello, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519678165 | | Joyce Thompson, 573 Freehold Rd, Jackson, NJ 08527-4637 |
| 519662793 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519662794 | + | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519671893 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519662747 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 20 2024 20:47:29 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519662748 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 20 2024 20:47:29 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 519662749 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 20:47:13 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519662750 | + | EDI: CITICORP | Dec 21 2024 01:27:00 | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519662751 | | EDI: BANKAMER | Dec 21 2024 01:26:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519662752 | | EDI: BANKAMER | Dec 21 2024 01:26:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 519662753 | | EDI: CAPITALONE.COM | Dec 21 2024 01:27:00 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519662755 | | EDI: CAPITALONE.COM | Dec 21 2024 01:27:00 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519662757 | | EDI: CITICORP | Dec 21 2024 01:27:00 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662756 | | EDI: CITICORP | Dec 21 2024 01:27:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

Case 22-15727-MBK    Doc 57    Filed 12/22/24    Entered 12/23/24 00:16:56    Desc Imaged
Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 5 |
| Date Rcvd: Dec 20, 2024 | Form ID: 148 | Total Noticed: 85 |

| Recip ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 519662758 | EDI: CITICORP | Dec 21 2024 01:27:00 | Cbna/Home Depot, Citi Cards Private Label Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519662759 | EDI: CITICORP | Dec 21 2024 01:27:00 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662760 | EDI: CITICORP | Dec 21 2024 01:27:00 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519662762 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662763 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenity Bank/Mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519662765 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662764 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenity Bank/the Childrens Place, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662766 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519662767 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519662768 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519662769 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519662770 | EDI: WFNNB.COM | Dec 21 2024 01:27:00 | Comenitycb/ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 519662771 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2024 20:58:18 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519662772 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 20:47:21 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519662775 | EDI: DISCOVER | Dec 21 2024 01:27:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519666453 | EDI: DISCOVER | Dec 21 2024 01:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519662776 | EDI: DISCOVER | Dec 21 2024 01:27:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519662778 | Email/Text: EBNBKNOT@ford.com | Dec 20 2024 20:45:00 | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519662780 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 20 2024 20:45:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-0000 |
| 519662779 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 20 2024 20:45:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519696278 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 20 2024 20:45:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519662781 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 20 2024 20:45:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519662782 | EDI: IRS.COM | Dec 21 2024 01:27:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519704714 | EDI: JEFFERSONCAP.COM | Dec 21 2024 01:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 519662783 | EDI: JEFFERSONCAP.COM | Dec 21 2024 01:27:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, St. Cloud, MN 56303-0000 |
| 519662784 | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 20:43:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519662785 | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 20:43:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519662786 | Email/Text: EBNBKNOT@ford.com | Dec 20 2024 20:45:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 519678893 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 20:46:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519662787 | ^ MEBN | Dec 20 2024 20:38:53 | Macy's, PO Box 71361, Philadelphia, PA 19176-1361 |
| 519662788 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 20:46:50 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519662789 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 20:57:54 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519709833 | EDI: PRA.COM | Dec 21 2024 01:27:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519709158 | EDI: PRA.COM | Dec 21 2024 01:27:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519662790 | EDI: SYNC | Dec 21 2024 01:26:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519662791 | Email/Text: pcabkt@phillips-cohen.com | Dec 20 2024 20:44:00 | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519662792 | EDI: PRA.COM | Dec 21 2024 01:27:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519707947 | EDI: Q3G.COM | Dec 21 2024 01:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519668123 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 20 2024 20:45:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519662796 | Email/Text: enotifications@santanderconsumerusa.com | Dec 20 2024 20:45:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519662795 | Email/Text: enotifications@santanderconsumerusa.com | Dec 20 2024 20:45:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519662797 | EDI: CITICORP | Dec 21 2024 01:27:00 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519662798 | EDI: SYNC | Dec 21 2024 01:26:00 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519662801 | EDI: SYNC | Dec 21 2024 01:26:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519662804 | EDI: SYNC | Dec 21 2024 01:26:00 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662806 | EDI: SYNC | Dec 21 2024 01:26:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519662799 | EDI: SYNC | Dec 21 2024 01:26:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519662800 | EDI: SYNC | Dec 21 2024 01:26:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519662802 | EDI: SYNC | Dec 21 2024 01:26:00 | Syncb/oldn, PO Box 965005, Orlando, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5005 |
| 519662803 | EDI: SYNC | | Dec 21 2024 01:26:00 | Syncb/tjx Cos, PO Box 965015, Orlando, FL 32896-5015 |
| 519662805 | EDI: SYNC | | Dec 21 2024 01:26:00 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 519662807 | EDI: SYNC | | Dec 21 2024 01:26:00 | Syncg/gap, PO Box 965005, Orlando, FL 32896-5005 |
| 519662808 | EDI: SYNC | | Dec 21 2024 01:26:00 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519663926 | ^ MEBN | | Dec 20 2024 20:38:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519662809 | EDI: SYNC | | Dec 21 2024 01:26:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662810 | EDI: SYNC | | Dec 21 2024 01:26:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662811 | EDI: SYNC | | Dec 21 2024 01:26:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662812 | EDI: SYNC | | Dec 21 2024 01:26:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662813 | EDI: SYNC | | Dec 21 2024 01:26:00 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519662814 | EDI: SYNC | | Dec 21 2024 01:26:00 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519662815 | EDI: WTRRNBANK.COM | | Dec 21 2024 01:27:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519662816 | EDI: WTRRNBANK.COM | | Dec 21 2024 01:27:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed**

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: 148 | Total Noticed: 85 |

below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Susan A. Noviello bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5